# THE CAPUZAYA MINING COMPANY *v.* TULLOCH.

APPEAL AND ERROR.

An appeal dismissed as without merit, and as presenting no question worthy of an opinion.

No. 2525.   Submitted October 16, 1913.   Decided November 3, 1913.

HEARING on an appeal by the defendant from a judgment of the Supreme Court of the District of Columbia in favor of plaintiff in an action on a foreign judgment.      *Affirmed.*

. *Mr. John Ridout* for the appellant.

*Mr. Clayton E. Emig* for the appellee.

Mr. Justice VAN ORSDEL delivered the opinion of the Court:

This is an appeal from a judgment of the supreme court of the District of Columbia in an action in debt upon the transcript of a judgment recovered against appellant, the Capuzaya Mining Company, a corporation, in the State of Delaware.

The appeal is totally without merit.   As no question is presented worthy of an opinion, the judgment is therefore affirmed with costs.                                    *Affirmed.*